UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Criminal Number 11-451 |
| IN-SUK LEE<br>   a/k/a In-Sook Lee | : | <u>ORDER</u> |

This matter having come before the Court on the application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Barbara Llanes, Assistant U.S. Attorney); and all parties having consented to the granting of the motion,

IT IS on this 7 day of July, 2011

ORDERED that the caption for Criminal Case Number 11-451 should hereby read United States of America v. In-Suk Lee, a/k/a "In-Sook Lee."

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge